**Jimmie Dale CAMPBELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 65666.**

Missouri Court of Appeals, Western District.

July 25, 2006.

Mark A. Grothoff, Columbia, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before EDWIN H. SMITH, P.J., BRECKENRIDGE and SPINDEN, JJ.

## ORDER

PER CURIAM.

Jimmie Dale Campbell appeals from the judgment of the motion court, following an evidentiary hearing, denying his Rule 29.15 motion for post-conviction relief. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).